GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

COAST LAW GROUP, LLP
DAVID A. PECK (*Pro Hac Vice*)
Cal. Bar No. 171854
Email: dpeck@coastlaw.com
1140 S. Coast Highway 101
Encinitas, California
Tel: (760) 942-8505

*Attorneys for Plaintiff, My Daily Choice, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAR LAMBERT, an individual; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendant. | CASE NO.: 2:20-cv-02228-RFB-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ROSS M. CAMPBELL, ESQ.** |

Plaintiff MY DAILY CHOICE, INC. ("MDC" or "HempWorx") by and through its counsel of record, Garman Turner Gordon LLP and Coast Law Group, LLP, having no controversy or other matter currently pending before the Court, hereby gives notice of Ross M. Campbell, Esq.'s withdrawal as counsel. Mr. Campbell will not be submitting his Verified Petition and Designation of Local Counsel, and on that basis seeks to withdraw his appearance on this matter.

…

…

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

Undersigned counsel certifies that Client consents to the withdrawal from the above-captioned case.

Josh Zwagil, President of My Daily Choice, Inc., hereby consents to attorney Ross M. Campbell, Esq.'s withdrawal as counsel for Plaintiff My Daily Choice, Inc.

DATED: January __7__, 2021.   By: *Josh Zwagil*
                                  Josh Zwagil of My Daily Choice, Inc.

Dated this 7th day of January 2021.        Dated this 7th day of January 2021.

GARMAN TURNER GORDON LLP                    COAST LAW GROUP, LLP

/s/ *Jared M. Sechrist*                     /s/ *[signature]*
ERIKA PIKE TURNER                           ROSS M. CAMPBELL
Nevada Bar No. 6454                         Cal. Bar No. 234827
JARED M. SECHRIST                           1140 S. Coast Highway 101
Nevada Bar No. 10439                        Encinitas, California
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119                     *Attorneys for Plaintiff, My Daily Choice, Inc*

COAST LAW GROUP, LLP
DAVID A. PECK *(Pro Hac Vice)*
Cal. Bar No. 171854
1140 S. Coast Highway 101
Encinitas, California

*Attorneys for Plaintiff, My Daily Choice, Inc*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: __1-11-2021_____

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2