**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MY DAILY CHOICE, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SKYLAR LAMBERT,<br><br>　　　　Defendant. | 2:20-cv-02228-RFB-VCF<br><br>**ORDER EXTENDING TIME FOR DEFENDANT LAMBERT TO RESPOND TO COMPLAINT** |

　　　Before the court is a Notice of Withdrawal of Defendant Skylar Lambert's Motion for Extension of Time to Respond to Complaint. (ECF No. 14).

　　　Based on the representations of defense counsel in this notice,

　　　IT IS HEREBY ORDERED that the time for Defendant Skylar Lambert to respond to Plaintiff's Complaint is extended to February 10, 2021.

　　　Future stipulations for extension of time filed in this case will not be considered unless they comply with LR IA 6-1.

　　　DATED this 14th day of January 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE