Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendant
Skylar Lambert

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAR LAMBERT, an individual; DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02228-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO REPLY TO MOTION TO DISMISS**<br><br>[First request] |

Pursuant to LR IA 6-2, LR 7-1, the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendant Skylar Lambert ("Defendant") may reply to her Motion to Dismiss until March 10, 2021. Defendant filed her Motion to Dismiss on February 10, 2021, and Plaintiff filed its Opposition to Defendant's Motion to Dismiss on February 24, 2021.

In support of this Stipulation, the Parties state as follows:

1. Counsel for the Parties met and conferred on February 26, 2021 and agreed to extend the date by which Defendant must reply to her Motion to Dismiss one week from March 3, 2021 to March 10, 2021.

2. In return for Plaintiff's agreement to extend the time to reply to Defendant's Motion to Dismiss, Defendant agreed not to use this extension against Plaintiff for any purpose.

3. Good cause exists to extend the time by which Defendant is required to reply to her Motion to Dismiss because Defendant's counsel requires additional time to examine the facts and circumstances of the case before preparing and filing her reply memorandum.

Accordingly, the Parties hereto stipulate that the date by which Defendant shall file her Reply to her Motion to Dismiss is extended one week from March 3, 2021 to March 10, 2021.

IT IS SO STIPULATED.

| Dated: February 26, 2021. | Dated: February 26, 2021. |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Ronald D. Green | /s/ Jared M. Sechrist |
| Marc J. Randazza, NV Bar No. 12265<br>Ronald D. Green, NV Bar No. 7360<br>Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | ERIKA PIKE TURNER<br>Nevada Bar No. 6454<br>JARED M. SECHRIST<br>Nevada Bar No. 10439<br>GARMAN TURNER GORDON LLP<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119 |
| Attorneys for Defendant<br>Skylar Lambert | COAST LAW GROUP, LLP<br>DAVID A. PECK (Pro Hac Vice)<br>California Bar No. 171854<br>ROSS M. CAMPBELL (Pro Hac Vice)<br>California Bar No. 234827<br>1140 S. Coast Highway 101<br>Encinitas, California 92024 |
|  | Attorneys for Plaintiff<br>My Daily Choice, Inc. |

IT IS SO ORDERED:



RICHARD E. BOULWARE, II
United States District Court

DATED this 26th day of February, 2021.

Case No. 2:20-cv-02228-RFB-VCF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

_____
Employee,
Randazza Legal Group, PLLC