# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| My Daily Choice,<br><br>    Plaintiff<br>v.<br><br>William T. and Kristen Butler, and Arieyl, LLC,<br>    Defendants | Case No.: 2:20-cv-02178-JAD-NJK |
| My Daily Choice,<br><br>    Plaintiff<br>v.<br><br>Marissa Brooke Donnell, aka Marissa Brooke Eldridge,<br><br>    Defendant | Case No.: 2:20-cv-02225-APG-BNW |
| My Daily Choice,<br><br>    Plaintiff<br>v.<br><br>Skylar Lambert,<br><br>    Defendant | Case No.: 2:20-cv-02228-RFB-VCF |
| My Daily Choice,<br><br>    Plaintiff<br>v.<br><br>Danielle and Chad Lituski,<br><br>    Defendants | Case No.: 2:20-cv-02232-GMN-BNW |
| My Daily Choice,<br><br>    Plaintiff<br>v.<br><br>Erin Jackson,<br><br>    Defendant | Case No.: 2:20-cv-02237-JCM-DJA |

**Order Transferring Actions to Single District Judge and Magistrate Judge**

Direct-sales company My Daily Choice, Inc. (MDC) filed nearly identical contract-breach and tortious-interference cases against a handful of "affiliates," alleging that they improperly "cross-recruited" for competitor Arieyl, LLC. In the first-filed case, MDC also sues Arieyl. MDC is represented by the same attorneys in all of these cases, and all of the defendants also share attorneys. MDC has filed a notice of related cases, alerting the court to the significant overlap in these matters.

Local Rule 42(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge."[1] Because all of the related actions involve similar questions of fact and the same questions of law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions continue to be heard by different district and magistrate judges, the court hereby transfers the subsequently filed related actions to District Judge Jennifer A. Dorsey and Magistrate Judge Nancy J. Koppe for all further proceedings.

The Clerk of Court is THEREFORE ORDERED to **TRANSFER and REASSIGN**:

Case No.: 2:20-cv-02225-APG-BNW;

Case No.: 2:20-cv-02228-RFB-VCF;

Case No.: 2:20-cv-02232-GMN-BNW; and

---

[1] L.R. 42(a).

Case No.: 2:20-cv-02237-JCM-DJA to District Judge Jennifer A. Dorsey and Magistrate Judge Nancy J. Koppe for all further proceedings

Dated: March 3, 2021

_____
U.S. District Judge Jennifer A. Dorsey

_____
U.S. District Judge Andrew P. Gordon

_____
U.S. District Judge Richard F. Boulware

_____
U.S. District Judge Gloria M. Navarro

_____
U.S. District Judge James C. Mahan

3